# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>                      Plaintiff,<br><br>vs.<br><br>TWIN-STAR INTERNATIONAL, INC.,<br><br>                      Defendant. | Adv. Proc. No. 22-50209 (CSS) |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Art Van Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Twin-Star International, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1.     The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby extended to

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

and including May 1, 2022.

      2.    Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: March 30, 2022 | Dated: March 30, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | SIDLEY AUSTIN LLP |
| */s/ Peter J. Keane* | */s/ Ryan Fink* |
| Bradford J. Sandler (DE Bar No. 4142) | Ryan Fink, Esq. (IL Bar No. 6335865) |
| Andrew W. Caine (CA Bar No. 110345) | One South Dearborn |
| Jeffrey P. Nolan (CA Bar No. 158923) | Chicago, IL 60603 |
| Peter J. Keane (DE Bar No. 5503) | Telephone: 949-463-7765 |
| 919 North Market Street, 17th Floor | Email: ryan.fink@sidley.com |
| P.O. Box 8705 | |
| Wilmington, DE 19899-8705 (Courier 19801) | *Counsel to Defendant* |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | |
| Email: bsandler@pszjlaw.com | |
|       acaine@pszjlaw.com | |
|       jnolan@pszjlaw.com | |
|       pkeane@pszjlaw.com | |
| | |
| *Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of Art Van Furniture, LLC, et al.* | |