# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Art Van Furniture, LLC, *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>TWIN-STAR INTERNATIONAL, INC.<br><br>Defendant. | Adv. Proc. No. 22-50209 (CSS) |

## CERTIFICATE OF SERVICE

I, Peter J. Keane, hereby certify that on the 30th day of March, 2022, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER THE COMPLAINT**

    */s/ Peter J. Keane*
    Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of. Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

AS WIND DOWN LLC –
Service List
re Twin Star International
Adv. Pro. No. 21-50209 (CSS)
Doc. No. 343088.1
01 - Email

**Email**
*(Counsel for Twin Star International)*
Ryan Fink, Esquire
Sidley Austin LLP
One South Dearborn
Chicago, IL 60603
Email: ryan.fink@sidley.com