**EXHIBIT 1 TO ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>    Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>    Plaintiff,<br><br>vs.<br><br>TWIN-STAR INTERNATIONAL, INC.<br>    Defendant. | Adv. Proc. No. 22-50209 (CTG) |

**STIPULATION FOR FURTHER EXTENSION
OF TIME FOR THE DEFENDANT TO ANSWER THE COMPLAINT**

Plaintiff, Alfred T. Giuliano in his capacity as chapter 7 trustee of Art Van Furniture, LLC, *et al.*, (the "**Plaintiff**"), for the estates of the above-captioned debtors (the "**Debtors**") in the above-captioned cases pending under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"), by and through his undersigned counsel and defendant Twin-Star International, Inc. (the "**Defendant**," and together with Plaintiff, the "**Parties**"), enter into this *Stipulation for Further Extension of Time for Defendant to Answer the Complaint* (the "**Stipulation**") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which the Defendant may answer the *Complaint* [D.I. 1] in the above-captioned adversary proceeding is hereby further extended to and including August 31, 2022.

7

2. Except as specifically set forth herein, the Parties reserve all of their respective rights in this matter.

| | |
|---|---|
| Dated: June 27, 2022 | Dated: June 27, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | SIDLEY AUSTIN LLP |
| */s/ Peter J. Keane* | */s/ Ryan Fink* |
| Bradford J. Sandler (DE Bar No. 4142)<br>Andrew W. Caine (CA Bar No. 110345)<br>Jeffrey P. Nolan (CA Bar No. 158923)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br>   acaine@pszjlaw.com<br>   jnolan@pszjlaw.com<br>   pkeane@pszjlaw.com | Ryan Fink, Esq. (IL Bar No. 6335865)<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: 949-463-7765<br>Email: ryan.fink@sidley.com<br><br>*Counsel to Defendant* |
| *Counsel to Plaintiff Alfred T. Giuliano, Chapter 7 Trustee for the Estates of START MAN FURNITURE, LLC, et al.* | |

8